O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE W. MELENDEZ, ) | CASE NO. CV 11-03846 JAK (RZ) |
| Petitioner, ) ) | JUDGMENT |
| vs. ) ) | |
| MATTHEW CATE, WARDEN, ) ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of MIKE W. MELENDEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 12, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE